Peter Stamper, a minor, by John Stamper, his father and next friend, appellee, v. City of Chicago, appellant. Gen. No. 34,728.

Opinion filed June 15, 1931.

Samuel A. Ettelson, Corporation Counsel, and Joseph Rubens, City Attorney, for appellant; Matilda Fenberg, Assistant City Attorney, and Roy S. Gaskill, Assistant Corporation Counsel, of counsel. Quin O'Brien and Maurice G. Walsh, for appellee.

Mr. Justice Hebel delivered the opinion of the court.

Joseph E. Menrath and Carl H. Upmeyer, defendants in error, v. Samuel J. Richman et al., plaintiffs in error. Gen. No. 34,614.

Opinion filed June 22, 1931. Rehearing denied July 6, 1931.

George H. Kriete, for plaintiffs in error. Hoyne, O'Connor & Rubinkam, for defendants in error.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

Albin O. Horn, appellee, v. Howard D. Salins, trading as Howard D. Salins Golding Printing Machinery, Not Inc., appellant. Gen. No. 34,953.

Opinion filed June 22, 1931.

Haffenberg, Kopald & Burns, for appellant; Joseph Rosenbaum, of counsel. J. Kendall S. Mitchell, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

Howard D. Salins, trading as Howard D. Salins Golding Printing Machinery, Not Inc., appellee, v. Albin O. Horn, appellant. Gen. No. 34,954.

Opinion filed June 22, 1931.

Haffenberg, Kopald & Burns, for appellant; Joseph Rosenbaum, of counsel. J. Kendall S. Mitchell, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.